

**FILED**

JAN 29 2014

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KRISTINA ALLEN, | * | CIV. 13-4038 |
| Plaintiff, | * | |
| | * | ORDER OF DISMISSAL |
| -vs- | * | |
| TENA ALEMAYEHU, INC., d/b/a 6th Street Market, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On January 8, 2014, the court was advised the parties resolved their dispute. Therefore, it is

ORDERED that this action is hereby dismissed with prejudice and without costs, each party to pay their own costs. Any party, on good cause shown on or before February 14, 2014, may move to vacate this Order of Dismissal and reopen this action if settlement is not consummated. The Court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't.*, 437 F.3d 749 (8th Cir. 2006).

Dated this 29 day of January, 2014.

BY THE COURT:

JOHN E. SIMKO
United States Magistrate Judge